No. 03-960. GROSS SEED CO. *v.* DEPARTMENT OF TRANSPORTATION ET AL.; and

No. 03-968. SHERBROOKE TURF, INC. *v.* MINNESOTA DEPARTMENT OF TRANSPORTATION ET AL. C. A. 8th Cir. Certiorari denied.

No. 03-965. LOS ANGELES NEWS SERVICE *v.* REUTERS TELEVISION INTERNATIONAL, LTD., ET AL. C. A. 9th Cir. Certiorari denied.

No. 03-984. BALSER ET UX. *v.* DEPARTMENT OF JUSTICE, OFFICE OF THE UNITED STATES TRUSTEE. C. A. 9th Cir. Certiorari denied.

No. 03-999. MURPHY *v.* UNIVERSITY OF CINCINNATI ET AL. C. A. 6th Cir. Certiorari denied.

No. 03-1004. AMMEX, INC. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 03-1030. CUNIGAN ET AL. *v.* SHAMAEIZADEH. C. A. 6th Cir. Certiorari denied.

No. 03-1140. CALOR *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03-1248. HEFFELBOWER ET VIR *v.* CITY OF LINCOLN, NEBRASKA. Ct. App. Neb. Certiorari denied.

No. 03-1251. WALKER *v.* QUADGRAPHICS, INC. C. A. 11th Cir. Certiorari denied.

No. 03-1253. MACKAY ET AL. *v.* MONTANA BOARD OF REGENTS ET AL. Sup. Ct. Mont. Certiorari denied.

No. 03-1254. NONMACHER *v.* RITTER ET AL. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 03-1255. PHONOMETRICS, INC., ET AL. *v.* HOSPITALITY FRANCHISE SYSTEMS, INC., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 03-1260. ALBINGIA VERSICHERUNGS A. G. ET AL. *v.* SCHENKER INTERNATIONAL INC. C. A. 9th Cir. Certiorari denied.